# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ALCON LABORATORIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALLIED VISION GROUP, INC. and NATIONAL LENS, LLC, <br><br> Defendants. | 2:19-cv-01813-GMN-VCF <br> **ORDER** |

Before the court is the Emergency Motion to Stay an October 21, 2019 Deposition and to Quash Subpoena (ECF No. 3). The court has reviewed the Notice of Intent to Oppose Emergency Motion to Stay and Quash (ECF NO. 6). Plaintiff states that it will file an opposition on October 18, 2019.

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Emergency Motion to Stay an October 21, 2019 Deposition and to Quash Subpoena (ECF No. 3) must be filed on or before 12:00 PM, October 18, 2019. The court will not consider any opposition filed on or after 12:01 PM, October 18, 2019.

DATED this 17th day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE